1018

LINDA ERICKSON, *Appellant,* v. RICHARD MCKINNEY,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 86-2-04717-4, Edward Heavey, J., entered
June 5, 1989. *Affirmed* by unpublished opinion per Grosse,
A.C.J., concurred in by Webster and Pekelis, JJ.

THE STATE OF WASHINGTON, *Respondent,* v. DOUGLAS W.
DENNISON, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 89-1-01245-2, Charles V. Johnson, J., entered
July 24, 1989. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent,* v. JAMES
CARL POLLY, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 88-1-02510-6, Richard M. Ishikawa, J.,
entered April 10, 1989. *Dismissed* by unpublished per
curiam opinion.

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL
SCOTT WILBUR, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 89-8-02234-8, Carmen Otero, J., entered April
27, 1989. *Dismissed* by unpublished per curiam opinion.